## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **JOSEPH & JOLLY CORPORATION** | § | |
| **DBA AMERICA'S BEST VALUE INN,** | § | |
| *Plaintiff* | § | |
| | § | |
| **V.** | § | Civil Action No. <u>**4:19-cv-00295**</u> |
| | § | **JURY** |
| **UNITED NATIONAL INSURANCE** | § | |
| **COMPANY,** | § | |
| *Defendant*. | § | |

### JOINT NOTICE OF SETTLEMENT

**TO THE HONORABLE JUDGE OF SAID COURT:**

COME NOW, Plaintiff and Defendant ("The Parties") in the above-styled and numbered cause and announce to the Court that on November 18, 2020, The Parties have fully, finally and completely resolved any and all causes of action and controversies between them. Accordingly, pursuant to the Court's Procedures requiring parties to immediately notify the Court of a settlement, The Parties are filing this Joint Notice of Settlement.

The Parties will be working together diligently towards the finalization of their resolution of this matter and will be able to report the status of the same within fourteen (14) days of the filing of this Joint Notice. The Parties respectfully request that the Court suspend the deadlines in this case to allow the parties to complete settlement documents and file an Agreed Stipulation of Dismissal with the Court.

Respectfully submitted,

**GONZALEZ, CHISCANO, ANGULO & KASSON, P.C.**

*/s/ Richard J. Kasson*_____
RICHARD J. KASSON
State Bar No.  24002392
Southern District of Texas No. 21614
Attorney-in-Charge
REBECCA H. ADUDDELL
State Bar No. 24097280
Southern District of Texas No. 3050524
Of Counsel
Of Counsel
9601 McAllister Freeway, Suite 401
San Antonio, Texas 78216
Phone: (210) 569-8500
Fax:    (210) 569-8490
Email: rkasson@gcaklaw.com
         raduddell@gcaklaw.com

**ATTORNEYS FOR DEFENDANT**


**MCCLENNY MOSELEY & ASSOCIATES, PLLC**

*/s/ Derek L. Fadner*_____
DEREK L. FADNER
State Bar No. 24100081
Federal ID No. 2973064
Attorney-in-Charge
JAMES M. MCCLENNY
State Bar No. 24091857
Federal ID No. 2764142
Of Counsel
J. ZACHARY MOSELEY
State Bar No. 24092863
Federal ID No. 2706476
Of Counsel
411 N. Sam Houston Parkway E., Suite 200
Houston, Texas 77060
Tel:    (713) 334-6121
Fax:    (713) 322-5953
Email: James@mma-pllc.com
         Zach@mma-pllc.com
         Derek@mma-pllc.com

**ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the **19th** day of **November, 2020**, a true and correct copy of the foregoing instrument was duly served upon all counsel of record via the Court's electronic filing system, facsimile and/or regular mail:

James M. McClenny
James@mma-pllc.com
J. Zachary Moseley
Zach@mma-pllc.com
Derek L. Fadner
Derek@mma-pllc.com
**McClenny Moseley & Associates, PLLC**
411 N. Sam Houston Parkway E., Suite 200
Houston, Texas 77060


_/s/ Richard J. Kasson_____
RICHARD J. KASSON