UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
December 31, 2020
David J. Bradley, Clerk

| | |
|---|---|
| Joseph & Jolly Corporation, | § |
| Plaintiff, | § |
| versus | §   Civil Action H-19-295 |
| United National Insurance Company, | § |
| Defendant. | § |

# Final Dismissal

1. Neither party having moved for reinstatement, this case is dismissed with prejudice. (44)

2. The court retains jurisdiction to enforce the settlement.

Signed on December 30, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge